**AKERMAN LLP**
ZOE J. BEKAS (SBN 288118)
zoe.bekas@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

Attorneys for Defendant
EUREKA RESTAURANT GROUP, LLC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LUCERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EUREKA RESTAURANT GROUP, LLC, a Delaware Limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02042-TLN-KJN<br>The Hon. Troy L. Nunley<br><br>**STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT; ORDER**<br><br>Complaint filed: November 4, 2021<br>Trial Date: None |

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED by and between Plaintiff Christopher Lucero ("Plaintiff") and Defendant Eureka Restaurant Group, LLC ("Defendant"), by and through their attorneys of record that the Clerk's Entry of Default against Defendant (Document Number 6, dated December 1, 2021) is hereby set aside.

Pursuant to Federal Rule of Civil Procedure § 55 (c), the Court may set aside an entry of default for good cause. To determine "good cause" a court must "consider[ ] three factors: (1) whether [the party seeking to set aside the default] engaged in culpable conduct that led to the default; (2) whether [it] had [no] meritorious defense; or (3) whether reopening the default judgment would prejudice" the other party. *United States v. Signed Pers. Check No. 730 of Yubran S. Mesle*, 615 F.3d 1085, 1091 (9th Cir. 2010)

Good cause exists to set aside the default because Defendant was unaware of the lawsuit and Plaintiff has not been prejudiced. Defendant has now accepted service of the complaint.

Defendant will file the answer within 28 days, consistent with Local Rule 144.

IT IS SO STIPULATED.

Dated:   December 8, 2021          **WILSHIRE LAW GROUP**


By:  /s/ *Binyamin I. Manoucheri* (as authorized
       on 12/8/21)
    Thiago M. Coelho
    Binyamin I. Manoucheri
    *Attorneys for Plaintiff and Proposed Class*

Dated:   December 8, 2021        **AKERMAN LLP**

By */s/ Zoe J. Bekas*
Zoe J. Bekas
*Attorneys for Defendant*
EUREKA RESTAURANT GROUP, LLC

**IT IS SO ORDERED.**

Dated: December 8, 2021

Troy L. Nunley
United States District Judge